

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rafael LANDEROS,<br><br>　　　　　Defendant | Magistrate Case No. '22 MJ02939<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Attempted Transportation of Illegal Aliens |

The undersigned complainant being duly sworn states:

On or about August 15, 2022, within the Southern District of California, Defendant Rafael LANDEROS, did attempt to transport illegal aliens, namely C. (LNU), knowing or in reckless disregard of the fact that aliens have to come to, entered or remained in the United States in violation of law; in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Adriana Rosas-Carranza, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on 16th of August 2022.

_____*William V. Gallo*_____
HON. XXXXXXXXXXXXXXXXXXX
UNITED STATES MAGISTRATE JUDGE

William V. Gallo

PROBABLE CAUSE STATEMENT

The complainant states that C. LNU (Last Name Unknown), is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 15, 2022, at approximately 10:44 P.M., Rafael LANDEROS (Defendant), a United States Citizen, made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry as the driver of a Chevy Suburban bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a California state identification card as his entry document, a California state birth certificate on behalf of his minor daughter, S.L.M and a copy of a California state birth certificate bearing the name of R.L.J. on behalf of a minor child later identified as C. LNU. The Defendant stated he was going to Chula Vista, California with nothing to declare. The CBP Officer conducted a cursory inspection and noticed C. LNU was sleeping and was not waking up when his name was called. The CBP Officer conducted routine name queries on all occupants and received computer generated alerts. The CBP Officer suspected C. LNU was not the rightful owner of the birth certificate presented and referred vehicle and occupants to secondary for further investigation.

In secondary, it was determined C. LNU was not the rightful owner of the document presented on his behalf. The minor was later identified as C. LNU, (Material Witness) and believed to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

S.L.M.'s maternal grandmother was contacted, and she responded to the port of entry to pick up S.L.M. The grandmother was asked if she knew where R.L.J. was and she indicated he was with his mother. The grandmother was shown a photograph of C. LNU and she indicated that was not her grandson.